Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Arthur J. Gallagher Service Company, LLC & Arthur J. Gallagher & Co. d/b/a Gallagher*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN WELKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a Delaware limited liability company; ARTHUR J. GALLAGHER & CO. dba GALLAGHER, a Delaware corporation,<br><br>Defendants. | Case No.: 2:26-cv-03230-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Arthur J. Gallagher Service Company, LLC[1] ("Defendant AJGS") and Arthur J. Gallagher & Co. d/b/a Gallagher ("Defendant AJGC") (collectively, "Defendants") and Plaintiff Dawn Welker ("Plaintiff"), by and through their counsel of record, hereby request and stipulate to extend the time for Defendant Arthur J. Gallagher Service Company, LLC to respond to Plaintiff's Complaint ("Complaint"). (ECF No. 1.) Defendant Arthur J. Gallagher Service Company, LLC's response to Plaintiff's Complaint is

[1] Plaintiff has erroneously named Arthur J. Gallagher Service Company, LLC as a Defendant in this matter; Plaintiff's employer at all relevant times was Arthur J. Gallagher & Co. At no time did Arthur J. Gallagher Service Company, LLC employ Plaintiff.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

currently due October 28, 2026. Because defense counsel has just been retained in this case, the parties have agreed to a fourteen (14) day extension of time up to and including **November 11, 2026**, for Defendant Arthur J. Gallagher Service Company, LLC to respond to the Complaint, without waiving any defenses on behalf of the served Defendant Arthur J. Gallagher Service Company, LLC. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 28th day of October, 2026.

GREENBERG GROSS LLP

/s/ *Marian L. Massey*
Matthew T. Hale
Nevada Bar No. 16880
Marian L. Massey
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 28th day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Alina Krauff*
Anthony L. Martin
Nevada Bar No. 8177
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Arthur J. Gallagher Service Company, LLC & Arthur J. Gallagher & Co. d/b/a Gallagher*

The parties do not include a statement informing the Court of all previous extensions of the subject deadline. *See* LR IA 6-1. Nonetheless, the Court GRANTS the parties' stipulation.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISRTATE JUDGE

DATED: October 30, 2026